IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIERRA WILLIAMSON | ) | |
| | ) | |
| Plaintiff | ) | |
| -vs- | ) | No. 14 CV 6397 |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | |
| Corporation ,Chicago Police Officers | ) | |
| WILFREDO ORTIZ, (Star No. 9748) | ) | |
| and Unknown CHICAGO | ) | Judge |
| Police Officers | ) | |
| Defendants | | Jury Demanded |

.

## COMPLAINT

NOW COMES the Plaintiff KIERRA WILLIAMSON, by and through her attorneys CARL H. EBERT & ASSOCIATES, and complaining against the Defendants, CITY OF CHICAGO, a municipal corporation and CHICAGO Police Officers WILFREDO ORTIZ Star No. 9748, and unknown CITY OF CHICAGO police officers individually and as agents of the CITY OF CHICAGO, states and alleges as follows:

## COUNT 1    EXCESSIVE FORCE

### INTRODUCTION

1. This action is brought pursuant to 42 U.S.C. sec. 1983 to address deprivations of Plaintiff's rights under the Constitution of the United States.

1

## JURISDICTION and VENUE

2.      The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C. sec. 1983 and sec. 1988, the Judicial Code 28 U.S.C., sec 1331 and 1343, the Constitution of the United States; and pendent jurisdiction as provided under U.S.C. sec. 1367 (a). Plaintiff further invokes the supplemental jurisdiction of this court pursuant to 28 U.S.C. sec. 1367 to hear and decide claims arising out of Illinois state law.

3. Venue is proper in this District pursuant to 28 U.S.C. sec 1391(b).

## PARTIES

4. Plaintiff KIERRA WILLIAMSON resides in the City of Chicago, County of Cook, and State of Illinois and is a United States citizen.

5. Defendant CITY OF CHICAGO, is a municipal corporation duly formed and incorporated pursuant to the laws of the State of Illinois. It is responsible for the policies, procedures, and practices, implemented through its various agencies, agents, departments, and employees and for injuries occasioned thereby. At all times relevant to this complaint it was the employer of the Defendants WILFREDO ORTIZ, Star No. 9748 and Unknown Chicago Police Officers.

6.  Defendants WILFREDO ORTIZ, Star No. 9748 and Unknown City of Chicago Police Officers were at all times material to this complaint employed by the CITY OF CHICAGO, as duly appointed and sworn police officers, and were at all times material to this complaint, acting within their official capacity, and under color of law and their authority, as police officers, employed by Defendant CITY OF CHICAGO.

7.  This matter is being brought against WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers individually, and in their official capacity as police officers employed by Defendant CITY OF CHICAGO.

## BACKGROUND

8.  On January 1, 2014 at approximately 12:05 a.m. Plaintiff KIERRA WILLIAMSON was present, as an invitee, and lawfully upon the premises, located at 144 W. 105TH Street, in the City of Chicago, County of Cook and State of Illinois.

9.  On January 1, 2014, Defendants WILFREDO ORTIZ, and Unknown Chicago Police Officers, while acting in their official capacity and under the color of law and their authority as police officers for Defendant CITY of CHICAGO, and while present at 144 W. 105TH Street, in the City of Chicago, County of Cook and State of Illinois, did without just cause or legal justification, discharge their firearms striking and injuring Plaintiff KIERRA WILLIAMSON, while acting within the power of their office.

10. That at the aforementioned, date, time, and location, WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers did intentionally, willfully and with malice, commit a battery upon KIERRA WILLIAMSON, in that the Defendants did discharge their firearms into Plaintiff who was conducting herself peacefully inside the residence and did thereby injure Plaintiff in her abdomen, pelvis and back.

11. That the above mentioned use of force by Defendants WILFREDO ORTIZ, Star No. 9748 and Unknown Chicago Police Officers was entirely unjustified and excessive.

12. That the above actions of the Defendants WILFREDO ORTIZ, Star No. 9748 and Unknown Chicago Police Officers deprived the Plaintiff KIERRA WILLIAMSON of and violated her Fourth and Fourteenth Amendment Rights under the United States Constitution and were in violation of said rights protected by 42 U.S.C. sec. 1983.

13. That as a direct and proximate result of the aforesaid intentional, willful and malicious acts of the Defendants, WILFREDO ORTIZ, Star No. 9748 and Unknown Chicago Police Officers and Defendant CITY OF CHICAGO, a municipal corporation, Plaintiff KIERRA WILLIAMSON suffered violations of her constitutional rights and sustained severe personal injuries which have caused her to suffer severe pain, anguish and emotional distress, and for which she has sought medical treatment, and will be required to seek medical treatment in the future, and which injuries have and will continue to prevent her from pursuing her usual affairs and duties of life, including her gainful employment and Plaintiff will continue to experience said pain and disability in

the future

WHEREFORE, Plaintiff KIERRA WILLIAMSON, demands Judgement be entered in her favor and that she be awarded compensatory and punitive damages, reasonable attorneys fees, costs and expenses and such other and further relief that this Court deems just against the Defendants CITY OF CHICAGO, a municipal corporation, WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers, individually and as employees/agents of Defendant CITY OF CHICAGO.

## COUNT II   STATE LAW – BATTERY

1-12   Plaintiff restates and re-alleges paragraphs 1 thru 12 of Count 1 as though fully set forth herein.

13.   The jurisdiction of this court is invoked pursuant to pendent, and supplemental jurisdiction under 28 U.S.C 1367

14.   That as a direct and proximate result of the aforesaid intentional, willful and malicious acts of the Defendants WILFREDO ORTIZ, Star No. 9748  and Unknown City of Chicago Police Officers, Plaintiff KIERRA WILLIAMSON sustained severe personal injuries, including but not limited to pelvic, abdominal, and back wounds which have caused her to suffer severe pain, anguish and emotional distress, and for which she has sought medical treatment, and will be required to seek medical treatment in the future, and which injuries have and will continue to prevent her from pursuing her usual affairs and duties of life, including her gainful employment and Plaintiff will continue to

experience said pain, suffering, and disability in the future.

WHEREFORE, Plaintiff KIERRA WILLIAMSON, demands Judgement be entered in her favor and that she be awarded compensatory and punitive damages, reasonable attorneys fees, costs and expenses and such other and further relief that this Court deems just against the Defendants CITY OF CHICAGO, a municipal corporation, WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers, individually and as employees/agents of Defendant CITY OF CHICAGO.

### COUNT III   INDEMNIFICATION

The Plaintiff KIERRA WILLIAMSON hereby restates and realleges paragraphs 1-12 of count one and 1-14 of Count ll as her respective allegations of Count lll as though fully set forth herein.

15. Illinois law provides that public entities are directed to pay any tort judgement for compensatory damages for which employees are liable within the scope of their employment activities.

16. The Defendants, Police Officer WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers, are or were employees of the City of Chicago Police Department, who acted within the scope of their employment, in committing the misconduct described herein.

WHEREFORE, should the Defendants, Police Officer WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers, be found liable for any of the acts alleged above, the Defendant, CITY OF CHICAGO, would be liable to pay the Plaintiff KIERRA WILLIAMSON any Judgement obtained against the Defendants, Police Officer WILFREDO ORTIZ, Star No. 9748, and Unknown Chicago Police Officers.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted

By: *Regan D. Ebert*
CARL H. EBERT & ASSOCIATES

CARL H. EBERT & ASSOCIATES
134 N. LaSalle, Suite 710
Chicago, IL 60602
312-263-1485
reganebert@yahoo.com