# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kierra Williamson, Princeton B. Williamson, and
Michael C. Williamson,

Plaintiff(s),

v.

The City of Chicago, a municipal Corporation, and
Wilfredo Ortiz, Chicago Police Officer, Star No.
9748,

Defendant(s).

Case No. 14 C 6397
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Kierra Williamson, Princeton B. Williamson, and Michael C. Williamson and against defendant(s) The City of Chicago (indemnification) and Wilfredo Ortiz in the amount of $750,000.00 in compensatory damages and $250,000.00 punitive damages as to Kierra Williamson, $1,500,000.00 in compensatory damages and $150,000.00 punitive damages as to Princeton B. Williamson, and $2,000,000.00 in compensatory damages and $100,000.00 as to Michael C. Williamson for a total amount of $4,750,000.00.

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was (check one):

☒ tried by a jury with Judge Sharon Johnson Coleman presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 9/18/2017

Thomas G. Bruton, Clerk of Court

/s/ Robbie Hunt , Deputy Clerk